**Opinion issued January 12, 2016**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-15-00584-CV

————————————

## LORENZO WALKER, Appellant

## V.

## HOUSTON COMMUNITY COLLEGE, Appellee

---

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-45866**

---

### MEMORANDUM OPINION

Appellant, Lorenzo Walker, has filed a motion for voluntary dismissal of his appeal, stating that he has filed a notice of non-suit with prejudice in the trial court, and further requests that all costs and fees be assessed against the party incurring the same. *See* TEX. R. APP. P. 42.1(a)(1), (d). Although the motion states that appellee

is unopposed to this motion, the motion does not contain a certificate of conference, but does have a certificate of service on the appellee's counsel, and more than ten days have passed with no response filed. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2). No other party has filed a notice of appeal and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, we **grant** the motion to dismiss and request for costs to be taxed against the party who incurred the same, and **dismiss** the appeal. *See* TEX. R. APP. P. 42.1(a)(1), (d), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Higley, Huddle, and Lloyd.